RECEIVED
SDNY PRO SE OFFICE
2021 APR 20 PM 2: 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yvonne Frost

Write the full name of each plaintiff.

-against-

Donald Trump,
City of New York (HRA)
Court of Appeals
NYC MTA
Johnson & Johnson
C-D-C
F-D-A
Anthony Fauci
Astra Zeneca

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_______________

(Include case number if one has been assigned)

# COMPLAINT

Do you want a jury trial?

☐ Yes ☐ No

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) Retaliation
(2) Abuse Of Power
(3) Discrimination
(4) Persecution

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ____________________, is a citizen of the State of
(Plaintiff's name)

____________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________________, is a citizen of the State of
(Defendant's name)

__________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__________________________________________.

If the defendant is a corporation:

The defendant, __________________________, is incorporated under the laws of

the State of __________________________________

and has its principal place of business in the State of __________________________

or is incorporated under the laws of (foreign state) __________________________

and has its principal place of business in __________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Yvonne __________ Frost
First Name Middle Initial Last Name

40 Ann Street
Street Address

New York NY 10038
County, City State Zip Code

None Yvonne.Frost1@aol.com
Telephone Number Email Address (if available)

Defendant 1 CITY OF New York (HRA)

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

New York NY 10007

County, City State Zip Code

Defendant 2 COURT OF APPEALS

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3 NYC MTA

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Brooklyn NY

County, City State Zip Code

Defendants 5: Johnson & Johnson
Defendants 6: C. D. C
Defendants 7: F. D. A
Defendants 8: Anthony Fauci
Defendants 9: Astra Zeneca

Defendant 4: DONALD TRUMP
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City & Brooklyn

Date(s) of occurrence: 04/11/21 - 04/16/21

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

In keeping with the theme "I know how to treat different people with all types of different problems differently" a couple defendants financially hit me again. Just about any one can put pieces of puzzles thrown out together if they know my entire case.

A couple days ago it was the handicap hat and drum maker now it is the massive Clotting Disorder in the Johnson and Johnson Covid-19 vaccine developed by AstraZeneca. Long Story short. The people/victims crying wolf has been used to say what was said and set up by defendants.

As a few know my money is partly tied to the vaccine. A few know I am also blessed with the "seen" gift. Well! from putting my order together a short while ago defendants realized I am going to hang them. They

magically stole all the court order forms from out my bag to prevent me from writing this order today. I only had just gone to the copy store in Brooklyn.

Like I said this operation is huge. These candidates were carefully chosen from amongst others. They were given double dose/shots to cause the extra clots. They were told "never to say that." It may help to check the candidates wide background and place of abode. Che

Check their connections to defendants. One was told "don't go to work/school get a doctor's report". "Get it fast" I further heard. "You should not be doing that to people" Someone

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewear dirty clothes. harrassed. mental stress uncomfortability

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I, C.I.A, L. James and the Biden team to investigate.

I would like to ask the court to order the defendants restore all what was swindled and to compensate me for creating hardships, stressors, and →

said.

"You see she crying already" I heard someone else said. One candidate was given a house. I believe it is this "cryer".

These defendants hate me and is/are very jealous over my wealth.

I heard one of them said "Let's pull her cover off."

"I did not realise you have so much money - I taking all" I further heard.

This person said "they are going to do it fast."

I heard "You still have my money."

I know this person likes easy, fast money.

This defendants like playing with fire. I heard how else I'll know am successful - get myself into some problems?"

Before my forms dissappeared a short while ago I heard someone said "hold that baby back until I eat."

I saw an action to match it/that on Atlantic platform a couple hours ago as I was getting on a train.

"That's right within our border" I heard one of two people conversating said.

I was told it was three (3) candidates chosen and was working with the defendants. I was also told someone has plans for my life and my money.

The defendant(s) said "I gave their parents so much trouble."

From vision it appeared to me a company wants another off the market to drive price of vaccine up. From early this same "issue" poked its head.

Well! nothing surprise me - leave me alone. This saga will continue when others think and know they are above the law.

"Act like you are in pain" the one who got the doctor's note was told.
I did not even feel like taking an order to court today. Jesus said "Go it is your birthday."
Foolishness and more foolishness. I have had it up to my throat with so many corrupted government agencies around me.

I am holding the defendants accountable of injustice, oppression, persecution, different treatment, discrimination, retaliation, inequality and suppression. Please put the money you all have been minutely stealing from me every single day including the present "house" money. Jesus said "Is not only one go much, much further."
I am holding the defendants accountable of wasting time also.

RELIEF (3)

pain and Suffering. Compensate me for new torment and trauma.

I would like to ask the team/court to order the defendants hand over my keys to my archbishop and prosecute all wrongful actions and people.

OTHER RELIEF:
2 large centers (double story)
In Mecca, Saudi Arabia and Egypt.
Solid concrete/ elevator/ ramp/ air/ security
Fully insured / fully paid off

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

04/16/21 — Dated

Yvonne Frost — Plaintiff's Signature

Yvonne — First Name

Middle Initial

Frost — Last Name

40 Ann Street — Street Address

New York — County, City

NY — State

10038 — Zip Code

NONE — Telephone Number

Yvonne.Frost1@aol.com — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

...horitarian vi... ...uman rights and ...: norms.

...controversially, the ...ills on America and its ...o make democracy a ...uisite of security assis... ...uch as advanced weap... ...nd defense technology. ...w prohibits assistance to ...ries committing "gross ...ions of human rights," ...such help should come ...i more explicit rules ...and human rights and dem-

...e- ...policy ...r prog- re... E... ...e leadership ... Mr. Biden's national ...y adviser should appo... a team to review this report and make recommendations about how it can be adapted to promote the president's vision of revitalized U.S. democracy, leading a coalition of like-minded countries to promote democracy around the world.

# ...ous Purity Test

...mer prime minister, over... ...w an amendment to Paki...an's constitution in 1974 that ...assified Ahmadis as non-...Iuslims—not an enviable sta...us in an Islamic country. Zia-...ul-Haq, the military dictator ...vho executed Bhutto in 1979, ...nade it a criminal offense for ...hmadis even to call them...elves Muslims.

Mr. Khan appears to have ...een unaware that Mr. Mian ...vas an Ahmadi when he ap...ointed him to his council. ...unni religious extremists ...asted no time in bringing ...is fact to his attention. Ugly ...otests ensued, berating the ...ime minister for his decision ...favor a reviled heretic with ...blic office. Mr. Khan caved ...to the mob. "Anti-Ahmadi ...ejudice is one of the ways ...kistan's religious hard-liners ...obilize support," says Husain ...qqani, a former Pakistani ...nbassador to the U.S., in an ...nail to me. "Islamist extrem...ts attack all minorities, but ...hmadis are treated worse than others for insisting that they are Muslims."

As he resigned, Mr. Mian tweeted that "serving my country is an inherent part of my faith"—to the indignation, no doubt, of the extremists who drove him away. So hardcore is their hatred of Ahmadis that the word "Muslim" has been effaced from the gravestone of Abdus Salam, the Ahmadi Pakistani scientist who was awarded the Nobel Prize for Physics in 1979.

Mr. Mian is "really saddened" about the intolerance in his land of birth. "I could not even give an economics lecture via Zoom recently to a private university in Pakistan," he says, "because some religious fanatics threatened violence. Young minds deserve better."

*Mr. Varadarajan, a Journal contributor, is a fellow at the American Enterprise Institute and at New York University Law School's Classical Liberal Institute.*

...one's ...to perse... ...bear agai... ...s ... ...into consideration ...idence that g... ...own beliefs, or think it may be more useful to pay attention to those who disagree with them than to those who agree.

Scouts, Ms. Galef explains, "revise their opinions incrementally over time, which makes it easier to be open to evidence against their beliefs." They also "view errors as opportunities to hone their skill at getting things right, which makes the experience of realizing 'I was wrong' feel valuable, rather than just painful." In fact, the author suggests, we should drop the whole "wrong" confession and instead describe the process as "updating"—a reference to Bayesian reasoning, in which we revise our estimations of the probability of something's being true after gaining new information about it. "An update is routine. Low-key. It's the opposite of an overwrought confession of sin," Ms. Galef continues. "An update makes something better or more current without implying that its previous form was a failure."

The scout metaphor deserves its place among the pantheon of cognitive metaphors, not only because it helps explain how people reason (or fail to reason) and why we so often get things wrong, but also why "we change our minds less often than we should but more often than we could." Yes, Ms. Galef acknowledges, we "sometimes hide the truth from ourselves." But, more important, she expounds on "the times we succeed in *not* fooling ourselves, and what we can learn from those successes."

Ms. Galef has first-hand experience teaching people how to use the tools of rationality—like probability, logic and especially how to avoid cognitive biases—only to discover that this isn't enough. Learning about cognitive biases no more improves your judgment than reading about exercise improves your fitness. Without the scout mindset's attitude of curiosity and truth-seeking to undergird knowledge and the tools of science and reason, mental fitness will elude us.

"The Scout Mindset" describes how to cultivate those virtues in an engaging and enlightening account from which we all can benefit.

*Mr. Shermer is the publisher of Skeptic magazine, host of the "Michael Shermer Show" podcast, and the author, most recently, of "Giving the Devil His Due: Reflections of a Scientific Humanist."*

# The J&J Covid Vaccine Pause

Soon the biggest barrier to reaching herd Covid-19 immunity will be vaccine fears, not supply. Regulators can sometimes be excessively cautious, but the Biden Administration's decision to pause Johnson & Johnson vaccinations while scientists investigate very rare blood clots in recipients seems reasonable.

**The issue is how best to address public anxiety over rare blood clots.**

Media outlets last week began reporting cases of people who had received J&J's vaccine developing severe blood clots. One recipient died. It's not known whether the J&J vaccine caused the clots, but fears are magnified amid lack of information—especially after similar rare clots were linked to AstraZeneca's vaccine. The vaccines use similar technology.

In a joint statement Tuesday, the Centers for Disease Control and Prevention and Food and Drug Administration said they are reviewing six U.S. cases of cerebral venous sinus thrombosis (CVST) that occurred among the 6.8 million who have received J&J's vaccine. All six were women between ages 18 and 48, and symptoms occurred six to 13 days after vaccination.

This particular brain blood clot is extremely rare in the general population—five individuals per million per year, with higher rates among those under the age of 18—and deadly. "Treatment of this specific type of blood clot is different from the treatment that might typically be administered," the agencies explained. Heparin—the usual clotting treatment—"may be dangerous, and alternative treatments need to be given." Now doctors are on high alert for such clots and can prepare appropriate treatment.

The CDC plans to convene its Advisory Committee on Immunization Practices (ACIP) on Wednesday to "review these cases and assess their potential significance." This will let scientists examine commonalities among cases and consider if the vaccine shouldn't be given to certain individuals who may be at higher risk for clots.

J&J's Phase 3 clinical trial included some 44,000 participants, which is enough to assess efficacy and overall safety, but not to identify very rare side effects. So it should give Americans confidence that U.S. regulators were able to identify the CVST cases in J&J recipients. The government's vaccine adverse-reaction reporting system is working.

Some argue that the government's decision to pause J&J inoculations "out of an abundance of caution" will amplify public fears about vaccines. This is a risk. But regulators need to consider what's the best path to reassuring people who are still unvaccinated that J&J and other approved vaccines are safe. Brushing aside highly public cases of severe side effects would also make some Americans more wary and delay herd immunity.

Shipments of J&J's vaccine were expected to fall 80% this week to about 700,000, but supply of Moderna and Pfizer-BioNTech vaccines are increasing. FDA Acting Commissioner Janet Woodcock said later Tuesday that "we expect it to be a matter of days for this pause," in which case there will be a de minimis effect on the U.S. vaccine rollout.

The Biden Administration could have done a better job communicating—ditto the click-bait media—but showing some caution will provide an antidote to vaccine anxiety.



Yvonnie Frost
40 Ann Street
New York NY 10038

Emergency
COND CIRCUIT

RECEIVED
SDNY PRO SE OFFICE
2021 APR 20 PM 2:10

United States S.D Court
Court of Appeals
40 Centre Street
New York NY 10007

USMAILD
SDNY