UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 APR 20 PM 2:13

Yvonne Frost
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 4019 (CM)( )
Restriction of Filing

-against-

C.D.C
Astra Zeneca
FDA
Johnson & Johnson
Anthony Fauci
Court of Appeals
Donald D Trump
NYC MTA
City of New York (NOPD)

(List the full name(s) of the defendant(s)/respondent(s).)

I Yvonne Frost under Penalty of Perjury state the claims I made here is in good faith.

It is not Frivolous or was brought to harrass anyone.

It was not brought to cause unnecessary delay.

The filing complies with Federal Rules of Court Procedure, the Court Local Rule and this Order.

04/16/21
Dated:

Yvonne Frost
Signature

FROST YVONNE
Name (Last, First, MI)

40 Ann Street   NY   NY   10038
Address          City  State  Zip Code

NONE
Telephone Number

Yvonne.Frost1@aol.com
E-mail Address (if available)